UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VICENTE ROSALES, | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-1343-JMS-DKL |
| | ) | 1:11-cr-0064-JMS-KPF-1 |
| UNITED STATES OF AMERICA. | ) | |

**FINAL JUDGMENT**

The Court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the movant take nothing by his motion to vacate conviction by a person in federal custody pursuant to 28 U.S.C. § 2255 and the civil action docketed as 1:12-cv-1343-JMS-DKL is **dismissed with prejudice.**

Date: 10/30/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

VICENTE ROSALES
Reg. No. 09964-028
YAZOO CITY MEDIUM FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 5888
YAZOO CITY, MS 39194

All Electronically Registered Counsel